Form B 250A (12/09)

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

In re David L. Ashley
Krystal J. Ashley           ,    )   Case No.   15-31142
          Debtor                )
David L. Ashley                  )
Krystal J. Ashley                )   Chapter    13
          Plaintiff             )
                                 )
          v.                    )   Adv. Proc. No.   15-03030
Aaron's Sales & Lease Ownership, Inc.  )
          Defendant             )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:    US Bankruptcy Court
                            Middle District of Alabama
                            Attention: Bankruptcy Clerk's Office
                            One Church Street
                            Montgomery, AL 36104

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:    Gregory E. Tolar
                                                        Reid G. Tolar
                                                        Tolar & Tolar, Attorneys at Law
                                                        1034 East Main Street
                                                        Prattville, AL 36066

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                           _____ (Clerk of the Bankruptcy Court)

         _____      By: _____ (Deputy Clerk)

Digitally signed by Juan-Carlos Guerrero
Date: 2015.05.05 09:20:56 -05'00'

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 15-03030    Doc 3    Filed 05/05/15    Entered 05/05/15 09:22:13    Desc Main
                                    Document     Page 1 of 2
Case 15-03030    Doc 4    Filed 05/05/15    Entered 05/05/15 10:05:23    Desc Main
                                    Document     Page 1 of 2

# CERTIFICATE OF SERVICE   5/5/15

I, __Reid G. Tolar__ (name), certify that service of this summons and a copy of the complaint was made ~~05/04/2015~~ (date) by:

☒    Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**Aaron's Sales & Lease Ownership, Inc.**
**C/O CSC-Lawyers Incorporating Service, Registered Agent**
**Entity ID Number: 888-329**
**150 South Perry Street**
**Montgomery, AL 36104**

☐    Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:
☐    Residence Service: By leaving the process with the following adult at:
☐    Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:
☐    Publication: The defendant was served as follows: [Describe briefly]
☐    State Law: The defendant was served pursuant to the laws of the State of , as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: ~~May 4, 2015~~ 5/5/15      Signature    /s/ Reid G. Tolar

Print Name: Reid Tolar
Business Address: Tolar + Tolar
Attorneys at Law
1034 East Main St.
Prattville, AL 36066

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 15-03030    Doc 3    Filed 05/05/15    Entered 05/05/15 09:22:13    Desc Main
Document     Page 2 of 2
Case 15-03030    Doc 4    Filed 05/05/15    Entered 05/05/15 10:05:23    Desc Main
Document     Page 2 of 2