## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

David L. Ashley et al.

vs.

Aaron's Sales & Lease Ownership, Inc.

Case No. 15−03030
BK Case No. 15−31142

## NOTICE OF SCHEDULING CONFERENCE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on June 29, 2015 at 10:10 AM

to consider and act upon the following:

*1* − Adversary case 15−03030. (14 (Recovery of money/property − other)): Complaint against Aaron's Sales & Lease Ownership, Inc.. −NO FEE DUE− filed by Gregory E Tolar on behalf of David L. Ashley, Krystal J. Ashley. (Tolar, Gregory)

*7* − Answer to Complaint filed by David Carl Williams Jr. on behalf of Aaron's Sales & Lease Ownership, Inc.. (Williams, David)

Dated: June 9, 2015

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court