# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

David L. Ashley et al.

vs.

Aaron's Sales & Lease Ownership, Inc.

Case No. 15−03030
BK Case No. 15−31142

## NOTICE OF SCHEDULING CONFERENCE

PLEASE TAKE NOTICE that a hearing will be held at

U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

on June 29, 2015 at 10:10 AM

to consider and act upon the following:

*1* − Adversary case 15−03030. (14 (Recovery of money/property − other)): Complaint against Aaron's Sales & Lease Ownership, Inc.. −NO FEE DUE− filed by Gregory E Tolar on behalf of David L. Ashley, Krystal J. Ashley. (Tolar, Gregory)

*7* − Answer to Complaint filed by David Carl Williams Jr. on behalf of Aaron's Sales & Lease Ownership, Inc.. (Williams, David)

Dated: June 9, 2015

Juan−Carlos Guerrero
Clerk, U.S. Bankruptcy Court

```
                    United States Bankruptcy Court
                      Middle District of Alabama

Ashley,
        Plaintiff                                   Adv. Proc. No. 15-03030-DHW

Aaron's Sales & Lease Ownership, In,
        Defendant           CERTIFICATE OF NOTICE

District/off: 1127-2        User: jmclain        Page 1 of 1        Date Rcvd: Jun 09, 2015
                            Form ID: ntchrgBK     Total Noticed: 3


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2015.
dft            +Aaron's Sales & Lease Ownership, Inc.,   C/O CSC Lawyers Incorporating Service,
                Registered Agent,   150 South Perry Street,   Montgomery, AL 36104-4227
pla            +David L. Ashley,   1313 Joffre Ruckertown Road,   Prattville, AL 36067-8334
pla            +Krystal J. Ashley,   1313 Joffre Ruckertown Road,   Prattville, AL 36067-8334

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                     TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2015 at the address(es) listed below:
            David Carl Williams, Jr.   on behalf of Defendant   Aaron's Sales & Lease Ownership, Inc.
             dcw@phm-law.com
            Gregory E Tolar    on behalf of Plaintiff David L. Ashley tolarbknotices@gmail.com,
             millbrooktolar@gmail.com
            Gregory E Tolar    on behalf of Plaintiff Krystal J. Ashley tolarbknotices@gmail.com,
             millbrooktolar@gmail.com
                                                                     TOTAL: 3
```